J. Charles Hepworth [ISB No. 2878]
John J. Janis [ISB No. 3599]
Philip Gordon, Of Counsel [ISB No. 1996]
Hepworth Holzer, LLP
537 W. Bannock Street
P.O. Box 2582
Boise, ID 83701-2582
Telephone: (208) 343-7510
Facsimile: (208) 342-2927
chepworth@hepworthholzer.com
jjanis@hepworthholzer.com
riverphilip@gmail.com

Jeffrey D. Kaliel (*pro hac vice* to be filed)
Sophia G. Gold (*pro hac vice* to be filed)
KALIEL, PLLC
1875 Connecticut Ave. NW 10th Floor
Washington, D.C.  20009
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Greg Coleman (*pro hac vice* to be filed)
GREG COLEMAN LAW
800 S. Gay St. #1100
Knoxville, TN 37929
Telephone: (865) 247-0080
greg@gregcolemanlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

_____

|  |  |
|---|---|
| **EDWIN BORJAS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IDAHO CENTRAL CREDIT UNION**,<br>Defendant. | Case No.<br><br>**CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff Edwin Borjas, by counsel, for his Class Action Complaint against the Defendant, alleges as follows:

## INTRODUCTION

1.      This is a civil action seeking monetary damages, restitution and declaratory relief from Defendant, Idaho Central Credit Union ("ICCU"), arising from the unfair and unconscionable assessment and collection of Overdraft Fees ("OD Fees") on transactions that did not overdraw an account.

2.      The plain language of ICCU's adhesion contracts specifically promises that ICCU will only charge OD Fees or NSF Fees on items when such items cause the account to have a negative balance.

3.      The Overdraft Form that is part of the contract between ICCU and Mr. Borjas states that "[a]n overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway."  Exhibit 1 attached hereto.

4.      The Account Agreement between ICCU and Mr. Borjas and its other accountholders contains a promise that an "overdraft" is only a "withdrawal request[] that overdraw[s] your account" and that an overdraft fee will only be charged when "the available funds in your account are not sufficient to cover items…presented for payment on your account." *See* Exhibit 2 attached hereto.

5.      The Account Agreement does not define "cover" or "overdraw" or "available funds," or specify the manner in which an account balance is calculated for purposes of determining overdrafts.

6.      According to the monthly account statements prepared by ICCU, Mr. Borjas's account balance was not negative when he was charged OD Fees on at least two transactions. Thus, the items did not actually overdraw Mr. Borjas's account and ICCU charged hefty OD Fees anyway.

2

7.     These practices work to catch accountholders in an increasingly devastating cycle of bank fees.

8.     Mr. Borjas and other ICCU customers have been injured by ICCU's practices. On behalf of himself and the putative class, Mr. Borjas seeks damages, restitution and injunctive relief for ICCU's breach of contract and violation of Idaho's consumer protection law.

## JURISDICTION

9.     This Court has original jurisdiction over this putative class action lawsuit pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d)(2) & (6), because the aggregate sum of the claims of the members of each of the putative classes exceeds $5 million, exclusive of interest and costs, Mr. Borjas brings this action on behalf of proposed classes that are each comprised of over one hundred members, and at least one of the members of each of the proposed classes is a citizen of a different state than ICCU.

10.     Venue and personal jurisdiction are proper in this district because ICCU is located in a county encompassed by this District.

## CLASS ACTION ALLEGATIONS

11.     Mr. Borjas brings this action on behalf of himself and all others similarly situated pursuant to Rule 23 of the Federal Rules of Civil Procedure.  This action satisfies the numerosity, commonality, typicality, adequacy, predominance and superiority requirements of Rule 23.

12.     The proposed classes are defined as:

All ICCU checking account holders in the state of Idaho who, during the applicable statute of limitations, were charged OD Fees or NSF Fees on items that did not overdraw their checking accounts.

13.     Mr. Borjas reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is appropriate.

14.     Excluded from the Class are ICCU, its parents, subsidiaries, affiliates, officers and directors, any entity in which ICCU has a controlling interest, all customers who make a timely election to be excluded, governmental entities, and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

15.     The members of the Class are so numerous that joinder is impractical.  The Class consist of thousands of members, the identity of whom is within the knowledge of and can be ascertained only by resort to ICCU's records.

16.     The claims of Mr. Borjas are typical of the claims of the Class in that he, like all Class members, was charged improper NSF Fees and OD Fees. Mr. Borjas, like all Class members, has been damaged by ICCU's misconduct in that he paid improper NSF Fees and OD Fees. Furthermore, the factual basis of ICCU's misconduct is common to all Class members, and represents a common thread of unfair and unconscionable conduct resulting in injury to all members of the Class.

17.     There are numerous questions of law and fact common to the Class and those common questions predominate over any questions affecting only individual Class members.

18.     Among the questions of law and fact common to the Class are whether ICCU:

    a.     Charged OD Fees or NSF Fees on items when those items did not overdraw accounts;

    b.     Breached its contract with consumers by charging OD Fees or NSF Fees on items when those items did not overdraw accounts;

    c.     Breached the covenant of good faith and fair dealing by charging OD Fees or NSF Fees on items when those items did not overdraw accounts;

    d.     Violated Idaho consumer protection law by charging OD Fees or NSF Fees

on items when those items did not overdraw accounts;

e.      Whether Mr. Borjas and the Class were damaged by Defendant's conduct and if so, the proper measure of damages.

19.     Mr. Borjas is committed to the vigorous prosecution of this action and has retained competent counsel experienced in the prosecution of class actions and, in particular, class actions on behalf of consumers and against financial institutions.  Accordingly, Mr. Borjas is an adequate representative and will fairly and adequately protect the interests of the Class.

20.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  Since the amount of each individual Class member's claim is small relative to the complexity of the litigation, and due to the financial resources of ICCU, no Class member could afford to seek legal redress individually for the claims alleged herein.  Therefore, absent a class action, the Class members will continue to suffer losses and ICCU's misconduct will proceed without remedy.  Moreover, given that the improper fees were assessed in a uniform manner, common issues predominate over any questions, to the extent there are any, affecting only individual members.

21.     Even if Class members themselves could afford such individual litigation, the court system could not.  Given the complex legal and factual issues involved, individualized litigation would significantly increase the delay and expense to all parties and to the Court.  Individualized litigation would also create the potential for inconsistent or contradictory rulings.  By contrast, a class action presents far fewer management difficulties, allows claims to be heard which might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale and comprehensive supervision by a single court.

## PARTIES

22.    Mr. Borjas is a natural person who is a citizen of Washington and resides in Spokane, Washington. Mr. Borjas has a personal checking account with ICCU.

23.    ICCU is the largest credit union in Idaho. ICCU is headquartered in Chubbuck, Idaho and maintains branch locations across the state of Idaho.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

**A.    ICCU's Account Documents Promise That It Will Only Charge OD Fees or NSF Fees on Transactions That Actually Overdraw An Account**

24.    Mr. Borjas's checking account with ICCU was, at all relevant times, governed by ICCU's standardized Account Agreement and Overdraft Form, the material terms of which are drafted by ICCU, amended by ICCU from time to time at its convenience and complete discretion, and imposed by ICCU on all of its customers.

25.    In plain, clear, and simple language, the contract documents discussing OD Fees and NSF Fees promise that ICCU will only charge OD Fees or NSF Fees on items which would place the account in the negative.

26.    The Overdraft Form that is part of the contract between ICCU and Mr. Borjas states that "[a]n overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway."  Exhibit 1 attached hereto.

27.    The Account Agreement between ICCU and Mr. Borjas and its other accountholders contains a promise that an "overdraft" is only a "withdrawal request[] that overdraw[s] your account" and that an overdraft fee will only be charged when "the available funds in your account are not sufficient to cover items…presented for payment on your account." See Exhibit 2 attached hereto.

28.    The Account Agreement does not define "cover" or "overdraw" or "available

funds," or specify the manner in which an account balance is calculated for purposes of determining overdrafts.

29.     Contrary to these promises, ICCU's uniform policy and practice is to disregard the actual amount of money in the account or whether there is a negative balance and, instead, to assess OD Fees or NSF Fees.

30.     By using some other, unspecified calculation—as opposed to the actual money in an accountholder's account—to determine whether to assess an OD Fee or NSF Fees, ICCU increases the number of OD Fees and NSF Fees it assesses on its accountholders.

31.     This manufactured balance is not the official balance of the account and it is not the balance provided to accountholders in their monthly statements from ICCU.  As such, it is reasonable for Mr. Borjas and accountholders like his to interpret and understand ICCU's use of the terms above as referring to the official balance in the account i.e. the actual money in the account.  Mr. Borjas and class members could not reasonably have expected that ICCU would assess OD Fees or NSF Fees in this manner.

**B.     Examples of ICCU's Imposition of NSF Fees on Mr. Borjas**

32.     ICCU charged Mr. Borjas NSF Fees on items that did not overdraw his account.

33.     For example, on May 3, 2018, Mr. Borjas was assessed an OD Fee for a $57.68 withdrawal. This is despite the fact that, according to the bank statement issued by ICCU, *his account never went negative and always had sufficient funds to cover the item.*

34.     In another example, on June 5, 2018, Mr. Borjas was assessed a NSF Fee for a $16.53 withdrawal. This is despite the fact that, according to the bank statement issued by ICCU, *his account never went negative and always had sufficient funds to cover the item.*

**C.      ICCU Abuses Its Discretion**

35.     To the extent the account documents do not explicitly bar the practice described above, ICCU exploits contractual discretion to the detriment of accountholders and breaches good faith and fair dealing when it uses these policies.

36.     It was bad faith and totally outside Mr. Borjas's reasonable expectations for the credit union to use its discretion to assess NSF Fees for items that did not actually overdraw his account.

37.     Additionally, ICCU grants itself discretion to charge—or not to charge—an OD Fee or NSF Fee on a given item. When it charges an OD Fee or an NSF Fee on items that do not actually overdraw an account, ICCU engages in bad faith and contradicts reasonable consumer expectations.

38.     ICCU acted in bad faith and outside reasonable consumer expectations when it assessed OD Fees and NSF Fees when there was enough money in accountholders' accounts to cover the items and by using a manufactured account calculation to increase the number of OD Fees or NSF Fees it could assess.

**FIRST CLAIM FOR RELIEF**
**Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing**
**(On Behalf of Plaintiff and the Class)**

39.     The preceding allegations are incorporated by reference and re-alleged as if fully set forth herein.

40.     Mr. Borjas and ICCU have contracted for bank account deposit, checking, ACH, ATM, and debit card services. That contract does not permit ICCU to charge OD Fees or NSF Fees on items that do not actually overdraw an account.

41.     Thus, ICCU breached the express terms of its contract with Mr. Borjas and the

8

Class by charging OD Fees or NSF Fees on items that do not actually overdraw the account *i.e.* when there were sufficient actual funds in the account to cover the item.

42.     Under the laws of Idaho, good faith is an element of every contract pertaining to the assessment of OD Fees and NSF Fees. Whether by common law or statute, all such contracts impose upon each party a duty of good faith and fair dealing. Good faith and fair dealing, in connection with executing contracts and discharging performance and other duties according to their terms, means preserving the spirit – not merely the letter – of the bargain. Put differently, the parties to a contract are mutually obligated to comply with the substance of their contract in addition to its form. Evading the spirit of the bargain and abusing the power to specify terms constitute examples of bad faith in the performance of contracts.

43.     Subterfuge and evasion violate the obligation of good faith in performance even when an actor believes his conduct to be justified. A failure to act in good faith may be overt or may consist of inaction, and fair dealing may require more than honesty. Examples of violations of good faith and fair dealing include evasion of the spirit of the bargain, willful rendering of imperfect performance, abuse of a power to specify terms, and interference with or failure to cooperate in the other party's performance.

44.     ICCU has breached the covenant of good faith and fair dealing in its Account Agreement with customers by charging OD Fees and NSF Fees on items that do not actually overdraw the account *i.e.* when there were sufficient actual funds in the account to cover the items.

45.     Mr. Borjas and members of the Class have performed all, or substantially all, of the obligations imposed on them under the contract.

46.     Mr. Borjas and members of the Class have sustained damages as a result of ICCU's breach of the contract.

## SECOND CLAIM FOR RELIEF
### Violations of Idaho Consumer Protection Statute
#### (On Behalf of Plaintiff and the Class)

47.      The preceding allegations are incorporated by reference and re-alleged as if fully set forth herein.

48.      The contract between ICCU and Mr. Borjas and the Class does not provide that ICCU can or will charge OD Fees and NSF Fees on items which do not actually overdraw an account.

49.      Charging OD Fees and NSF fees on items which do not actually overdraw an account misleads and deceives the account holder and accordingly constitutes a violation of the Idaho Consumer Protection Act, specifically Idaho Code §48-603(17), in that such practice is misleading, false or deceptive to Mr. Borjas and the members of the Class.

50.      When the Defendant charges OD Fees and NSF fees on items which do not actually overdraw an account it is taking advantage of Mr. Borjas and the members of the Class in that it is basing its actions in reliance on concepts of which the majority of its account holders are either ignorant, unaware or unable to understand.

51.      Charging OD Fees and NSF fees on items which do not actually overdraw an account in reliance on concepts of which the majority of its account holders are either ignorant, unaware or unable to understand constitutes a violation of the Idaho Consumer Protection Act, specifically Idaho Code §48-603(18), in that it is an unconscionable practice as provided in Idaho Code §48-603(C).

52.      Mr. Borjas and the members of the Class have performed and continue to perform all, or substantially all, of the obligations imposed on them pursuant to their contract with ICCU.

53.      Mr. Borjas and the members of the Class have sustained damages as a result of

ICCU's violations of the Idaho Consumer Protection Act.

54.     Mr. Borjas and the members of the Class have sustained damages as a result of ICCU's unconscionable acts in violation of the Idaho Code §48-603(C).

## PRAYER FOR RELIEF

WHEREFORE, Mr. Borjas and members of the Class demand a jury trial on all claims so triable and judgment as follows:

A.     Declaring ICCU's NSF Fee and OD Fee policies and practices to be wrongful, unfair and unconscionable;

B.     Restitution of all OD Fees and NSF Fees paid to ICCU by Mr. Borjas and the Class on items that did not actually overdraw an account i.e. when there were sufficient actual funds in the account to cover the items;

C.     For each member of the Class, actual damages in an amount according to proof;

D.     An injunction against ICCU's NSF Fee and OD Fee policies challenged herein;

E.     Pre-judgment and post-judgment interest at the maximum rate permitted by applicable law;

F.     Costs and disbursements assessed by Mr. Borjas in connection with this action, including reasonable attorneys' fees pursuant to applicable law; and

G.     Such other relief as this Court deems just and proper.

## TRIAL BY JURY IS DEMANDED

Plaintiff respectfully demands a trial by jury on all issues so triable.

Dated: February 7, 2020

HEPWORTH HOLZER, LLP

By /s/ J. Charles Hepworth
J. Charles Hepworth
Attorneys for Plaintiff

# Exhibit 1

# Idaho Central Credit Union
## What You Need to Know about Overdrafts and Overdraft Fees

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Idaho Central CU can cover your overdrafts in two different ways:

1) We have <u>standard overdraft practices</u> that come with your account.
2) We also offer <u>overdraft protection plans</u>, such as a link to a savings account or line of credit, which may be less expensive than our standard overdraft practices.  Contact us to learn more about these options.

This notice explains our <u>standard overdraft practices</u>.

### What are the <u>standard overdraft practices</u> that come with my account?

We <u>do</u> authorize and pay overdrafts for the following types of transactions:

- Checks and other transactions made using your checking account number
- Automatic bill payments

We <u>will not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):

- ATM Transactions
- Everyday debit card transactions

Idaho Central CU pays overdrafts at our discretion, which means <u>we do not guarantee</u> that we will always authorize and pay any type of transaction.  If we do <u>not</u> authorize and pay your debit card or ATM overdraft, your transaction will be declined.

### What fees will I be charged if Idaho Central CU pays my overdraft?

Under our standard overdraft practices:

- We will charge you a fee of up to $20.79 each time we pay an overdraft.
- There is <u>no limit</u> on the total fees we can charge you for overdrawing your account.

### What if I want Idaho Central CU to authorize and pay overdrafts on my ATM and everyday debit card transactions?

If you want us to authorize and pay overdrafts on ATM and everyday debit card transactions, call us at 208-846-7000 in Treasure Valley, 208-733-4777 in Twin Falls, 208-678-2046 in Burley, 208-667-772 in North Idaho or 208-478-3300 in South East Idaho. You may also complete the information below and bring it to your nearest ICCU location, mail it to Idaho Central Credit Union, PO Box 2469, Pocatello, ID 83206, or fax it to 208-239-3049.

_____

\_\_\_\_    I <u>do want</u> Idaho Central CU to authorize and pay overdrafts on my ATM and everyday debit card transactions.

\_\_\_\_    I <u>do not want</u> Idaho Central CU to authorize and pay overdrafts on my ATM and everyday debit card transactions.

Signature:_____     Date*: _____

Member Number:_____     Account Number: _____

*Please Note the Effective Date of your Decision. Your Opt-In decision provided above reflects your overdraft preference for one-time debit card and ATM overdrafts, and will be effective within 24 hours of processing your request. You may reinstate or revoke your Opt-In decision at any time.

Exhibit 2

## TABLE OF CONTENTS

TERMS AND CONDITIONS OF YOUR ACCOUNT .................................................1
  Agreement ...........................................................................................................1
  Bylaws .................................................................................................................1
  Liability ................................................................................................................1
  Deposits ..............................................................................................................1
  Withdrawals .........................................................................................................1
  Ownership of Account and Beneficiary Designation ...........................................2
  Stop Payments ....................................................................................................2
  Return of a Deposited Item .................................................................................2
  Telephone Transfers ...........................................................................................2
  Amendments and Termination .............................................................................2
  Notices ................................................................................................................2
  Statements ..........................................................................................................2
  Account Transfer .................................................................................................2
  Direct Deposits ....................................................................................................2
  Temporary Account Agreement ...........................................................................3
  Right to Repayment of Indebtedness ...................................................................3
  Authorized Signer ...............................................................................................3
  Restrictive Legends or Endorsements .................................................................3
  Payment Order of Items ......................................................................................3
  Nonsufficient Funds (NSF) and Overdrafts (OD) .................................................3
  Right to Pay or Return ........................................................................................3
  Stale-Dated Checks ............................................................................................3
  Pledges ...............................................................................................................3
  Check Processing ................................................................................................3
  Check Cashing ....................................................................................................3
  Endorsements .....................................................................................................3
  Death or Incompetence .......................................................................................3
  Fiduciary Accounts ..............................................................................................3
  Credit Verification ...............................................................................................3
  Legal Actions Affecting Your Account ..................................................................3
  Security ...............................................................................................................4
  Telephonic Instructions .......................................................................................4
  Monitoring and Recording Telephone Calls
    and Consent to Receive Communications ........................................................4
  Claim of Loss ......................................................................................................4
  Early Withdrawal Penalties ..................................................................................4
  Address or Name Changes ..................................................................................4
  Resolving Account Disputes ................................................................................4
  Waiver of Notices ................................................................................................4
  ACH and Wire Transfers .....................................................................................4
  Facsimile Signatures ...........................................................................................4
  Interest Checking and Non Interest Checking Accounts .......................................4
  Information Verification ........................................................................................4
NOTICE OF NEGATIVE INFORMATION .........................................................4
ELECTRONIC FUND TRANSFERS
  YOUR RIGHTS AND RESPONSIBILITIES ......................................................4
YOUR ABILITY TO WITHDRAW FUNDS .........................................................6
TRUTH-IN-SAVINGS DISCLOSURE ...............................................................6
  Share Savings Account .......................................................................................6
  Secondary Savings Account ................................................................................6
  Central Cents Savings Account ...........................................................................6
  Choice Savings Account ......................................................................................7
  Share Bear and Starter Savings Accounts ..........................................................7
  Medical Savings Account .....................................................................................7
  Health Savings Account .......................................................................................7
  Money Market Savings Account ...........................................................................7
  High-Yield Online Savings Account ......................................................................7
  Private Client Money Market Savings Account .....................................................7
  Insured Deposit Money Market Savings Account .................................................8
  IRA Savings Account Traditional, Roth, Coverdell Education ................................8
  Roth and Traditional IRA Money Market Savings Account ....................................8
  Free Checking Account ........................................................................................8
  Money Market Checking Account .........................................................................8
  Starter Checking Account ....................................................................................8
  Basic Checking Account ......................................................................................8
  Private Client Checking Account ..........................................................................8
  Common Features ...............................................................................................8

# TERMS AND CONDITIONS OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

This agreement is subject to applicable federal laws, the laws of the state of Idaho and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

**BYLAWS -** Our bylaws, which we may amend from time to time, establish basic rules about our credit union policies and operations which affect your account and membership. You may obtain a copy of the bylaws on request. Our right to require you to give us notice of your intention to withdraw funds from your account is described in the bylaws. Unless we have agreed otherwise, you are not entitled to receive any original item after it is paid, although you may request that we send you an item(s) or a copy of an item(s). Dividends are based on current earnings and available earnings of the credit union, after providing for required reserves.

**LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and we can deduct any amounts deposited into the account and apply those amounts to the shortage. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of endorsement or lack of endorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing endorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party endorsers to verify or guarantee their endorsements, or endorse in our presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to endorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks electronically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 6/1/2016  9a Custom TCM-13CUt,2bk,3p,4s 201436448-010 EIDAIB4

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money when the merchant does not know the exact amount of the purchase at the time the card is authorized. The amount of the temporary hold may be more than the actual amount of your purchase. Some common transactions where this occurs involve purchases of gasoline, hotel rooms, or meals at restaurants. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it could be three calendar days, or even longer in some cases, before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying, or not paying, discretionary overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We reserve the right to refuse some forms of ownership on any or all of our accounts. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common or Community Property) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common. If the account is issued to a husband and wife, they intend that any community property in the account be transmuted (changed) into separate property and that all the property in the account, including earnings, be held jointly with the right of survivorship. Upon the death of either spouse the property will vest in and belong to the surviving spouse.

**Joint Account - No Survivorship (As Tenants In Common) -** This is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the number of signatures necessary for withdrawal.

**Community Property Account - No Survivorship -** Such an account is issued to a husband and wife who intend that all of the property in the account, including earnings, be held as community property without right of survivorship.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law

or our policy. If we have not di..... ..ed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**RETURN OF A DEPOSITED ITEM -** A check that is included in a deposit to us could be returned to us and not paid. This is called a return of a deposited item, or deposit nonsufficient funds. The credit union at its discretion may return the item again for payment. We will charge a fee if we do not receive payment.

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change our bylaws and any term of this agreement. Rules governing changes in rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes we will give you notice in writing or by any other method permitted by law. We may restrict or suspend your rights of access to accounts, services and membership, including termination of such, if you abuse your membership or account relationship with us. Abuse includes, but is not limited to, fraud, check kiting, excessive use, loan or account charge off, excessive delinquency or overdrafts, or any other violation of the terms of this agreement. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items and charges to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing endorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers -** For information on errors relating to electronic fund transfers (e.g., on-line, mobile, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 6/1/2016  9a Custom TCM-13CUt,2bk,3p,4s 201436448-010 EIDAIB4

account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**RIGHT TO REPAYMENT OF INDEBTEDNESS -** You each agree that we may (without prior notice and when permitted by law) charge against and deduct from this account any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date. We are not required to offset in the event we choose to waive an offset.

In addition to these contract rights, we may also have rights under a "statutory lien." A "lien" on property is a creditor's right to obtain ownership of the property in the event a debtor defaults on a debt. A "statutory lien" is one created by federal or state statute. If federal or state law provides us with a statutory lien, then we are authorized to apply, without prior notice, your shares and dividends to any debt you owe us, in accord with the statutory lien.

Neither our contract rights nor rights under a statutory lien apply to this account if prohibited by law. For example, neither our contract rights nor rights under a statutory lien apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal arises only in a representative capacity. We will not be liable for the dishonor of any check or draft when the dishonor occurs because we charge and deduct an amount you owe us from your account. You agree to hold us harmless from any claim arising as a result of our exercise of our right to repayment.

**AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**RESTRICTIVE LEGENDS OR ENDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive endorsements or other special instructions on every check. For this reason, we are not required to honor any restrictive legend or endorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive endorsement.

**PAYMENT ORDER OF ITEMS -** The law permits us to pay items (such as checks or drafts) drawn on your account in any order. To assist you in handling your account with us, we are providing you with the following information regarding how we process the items that you write. When processing items drawn on your account, our policy is to pay them in the order that they are received. The order in which items are paid is important if there is not enough money in your account to pay all of the items that are presented. There is no policy that is favorable in every instance. If the smallest items are paid first, you may have fewer NSF or overdraft fees, but the largest, and perhaps more important items (such as rent or mortgage payments) might not be paid. If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item (NSF). The amounts of the overdraft and NSF fees are disclosed elsewhere. By paying items in the order that we receive them, we think our policy attains a reasonable balance between minimizing additional cost to you and paying your more important items. We encourage you to make careful records and practice good account management. This will help you to avoid writing checks or drafts without sufficient funds and incurring the resulting fees.

**NONSUFFICIENT FUNDS (NSF) AND OVERDRAFTS (OD) -** If at any time, the available funds in your account are not sufficient to cover items (check, ACH, debit card, ATM, website transaction, audio response transaction, our fees or charges, or other electronic transactions or withdrawals of any type) presented for payment on your account, those checks and items will be handled in accordance with our overdraft procedures. Your account will then be subject to a charge for the item whether paid or returned as set forth in our fee schedule. Except as otherwise agreed in writing, we, by covering one or any overdraft, do not agree to cover overdrafts in the future and may discontinue covering overdrafts at any time. If we pay a check or draft that overdraws your account, you agree to pay the overdraft amount immediately (within 24 hours of notification or loss). We reserve the right to pursue collection of previously dishonored items at any time and charge for services rendered to collect by us or third parties.

If we have approved an overdraft protection plan for your account, we will honor drafts drawn on insufficient funds by transferring funds from your savings account at our discretion. No more than 6 transfers may be permitted in any calendar month from deposit accounts. Once the transfer total for the month has reached 6, any insufficient funds items will be handled in accordance with our regular overdraft procedures. There is a charge for each automatic overdraft protection transfer from a savings account or line of credit. There is no fee if you transfer money yourself to cover an overdraft in person, through the internet, or over the phone. In any case, there is an additional fee if you exceed more than 6 transfers in a month.

**RIGHT TO PAY OR RETURN -** If an item (check, ACH, recurring debit card, website transaction, audio response transaction, our fees or charges, or other electronic transactions or withdrawals of any type) is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return

the item (NSF). While we rese____ the right to pay or not pay any item presented without sufficient funds, you may request that we not pay such items. In that case, we will return any item presented without sufficient funds (NSF). If you do not want us to pay any items presented without sufficient funds, you must contact us by calling us at 1-800-456-5067 or writing us at P.O. Box 2469, Pocatello, ID 83206. If you do not notify us, we retain the right, at our discretion, to pay or not pay any item presented without sufficient funds.

**STALE-DATED CHECKS -** We are not obligated to, but may at our option, pay a check, other than a certified check, presented for payment more than six months after its date. If you do not want us to pay a stale-dated check, you must place a stop-payment order on the check in the manner we have described elsewhere.

**PLEDGES -** Each owner of this account may pledge all or any part of the funds in it for any purpose to which we agree. Any pledge of this account must first be satisfied before the rights of any surviving account owner or account beneficiary become effective.

**CHECK PROCESSING -** We process items electronically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and endorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of endorsements unless you notify us in writing that the check requires multiple endorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**ENDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not endorsed by you. We may give you cash back to any one of you. We may supply any missing endorsement(s) for any item we accept for deposit or collection, and you warrant that all endorsements are genuine.

To ensure that your check or share draft is processed without delay, you must endorse it (sign it on the back) in a specific area. Your entire endorsement (whether a signature or a stamp) along with any other endorsement information (e.g. additional endorsements, ID information, driver's license number, etc.) must fall within 1½" of the "trailing edge" of a check. Endorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all endorsement information within 1½" of that edge.



It is important that you confine the endorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed endorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your endorsement, another endorsement or information you have printed on the back of the check obscures our endorsement.

These endorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 6/1/2016  9a Custom TCM-13CUt,2bk,3p,4s 201436448-010 EIDAIB4

allow any payments out of the account until a final court determination regarding the legal action. We may do those things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., a debit card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic fund transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** Subject to federal and state law, we may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to your account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding your account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has

been resolved. We will not be .... for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. We are entitled to collect a return item fee or a failed transaction fee for any entry returned to us by the receiving depository financial institution as well as any debit entry dishonored by us (ICCU). Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**INTEREST CHECKING AND NON INTEREST CHECKING ACCOUNTS -** Some Accounts consist of a checking sub account and a savings sub account. The Credit Union may periodically transfer funds between these two sub accounts. On a sixth transfer during a calendar month, any funds in the savings sub account will be transferred back to the checking sub account. If your Account is a Plan on which interest is paid, your interest calculation will remain the same. Otherwise, the savings sub account will be non-interest bearing. The saving sub account will be governed by the rules governing our other savings accounts. This process will not affect your available balance, the interest you may earn, NCUA insurance protection, or your monthly statement.

**INFORMATION VERIFICATION -** I agree that Idaho Central Credit Union may verify my credit and employment history by any necessary means, at any time, including preparation of a credit report by a credit reporting agency.

## NOTICE OF NEGATIVE INFORMATION

Federal law requires us to provide the following notice to members before any "negative information" may be furnished to a nationwide consumer reporting agency. "Negative information" includes information concerning delinquencies, overdrafts or any form of default. This notice does not mean that we will be reporting such information about you, only that we may report such information about members that have not done what they are required to do under our agreement.

After providing this notice, additional negative information may be submitted without providing another notice.

**We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.**

## ELECTRONIC FUND TRANSFERS
## YOUR RIGHTS AND RESPONSIBILITIES

Indicated below are types of Electronic Fund Transfers we are capable of handling, some of which may not apply to your account. Please read this disclosure carefully because it tells you your rights and obligations for the transactions listed. You should keep this notice for future reference.

**Electronic Fund Transfers Initiated By Third Parties.** You may authorize a third party to initiate electronic fund transfers between your account and the third party's account. These transfers to make or receive payment may be one-time occurrences or may recur as directed by you. These transfers may use the Automated Clearing House (ACH) or other payments network. Your authorization to the third party to make transfers can occur in a number of ways. For example, your authorization to convert a check or draft to an electronic fund transfer or to electronically pay a returned check or draft charge can occur when a merchant provides you with notice and you go forward with the transaction (typically, at the point of purchase, a merchant will post a sign and print the notice on a receipt). In all cases, these third party transfers will require you to provide the third party with your account number and credit union information. This information can be found on your check or draft as well as on a deposit or withdrawal slip. Thus, you should only provide your credit union and account information (whether over the phone, the Internet, or via some other method) to trusted third parties whom you have authorized to initiate these electronic fund transfers. Examples of these transfers include, but are not limited to:

- **Preauthorized credits.** You may make arrangements for certain direct deposits to be accepted into your checking or share savings account(s).
- **Preauthorized payments.** You may make arrangements to pay certain recurring bills from your checking or share savings account(s).
- **Electronic check or draft conversion.** You may authorize a merchant or other payee to make a one-time electronic payment from your checking or share draft account using information from your check or draft to pay for purchases or pay bills.
- **Electronic returned check or draft charge.** You may authorize a merchant or other payee to initiate an electronic fund transfer to collect a charge in the event a check or draft is returned for insufficient funds.

**ATM Transfers - types of transfers, dollar limitations, and charges -** You may access your account(s) by ATM using your VISA Check Card and personal identification number, to:

- get cash withdrawals from checking or share savings account(s)
  - dollar limits will be disclosed at card issuance
  - there is a charge of $1.50 per withdrawal at ATMs not associated with the CO-OP Network

Some of these services may not be available at all terminals.

Please also see **Limitations on frequency of transfers** section regarding limitations that apply to ATM transfers.

**Types of VISA Check Card Transactions -** You may access your checking account(s) to purchase goods (in person, by phone, or on-line), pay for services (in person or by phone), get cash from a merchant, if the merchant permits, or from a participating financial institution, and do anything that a participating merchant will accept.

**Check Card Transactions - dollar limitations -** Using your Check Card:

- dollar limits will be disclosed at card issuance

Please also see **Limitations on frequency of transfers** section that apply to debit card transactions.

**DEBIT CARD AND ATM OVERDRAFT CONSENT -** If a one-time debit card or ATM transaction is presented without sufficient funds in your account to cover the transaction, we will not pay the transaction unless you authorize us to do so. If you do authorize us, then we will pay the one-time debit card and ATM transaction presented without sufficient funds in your account, which will create an overdraft and you will be charged a fee. If you do not authorize us, we will decline all one-time debit card and ATM transactions that are presented without sufficient funds in your account. You may reinstate or revoke your authorization to have us pay one-time debit card and ATM transactions at any time by calling us at 1-800-456-5067 or writing us at P.O. Box 2469, Pocatello, ID 83206, and informing us of your decision. Your decision does not guarantee that we will always pay your ATM and debit card transactions when there are insufficient funds in your account to cover the transaction. We retain the right to pay or not pay any items at our discretion when there is not enough money in your account to cover the transaction according to our standard overdraft practices.

**International Fee.** Visa will charge an ISA (International Service Assessment) Fee of 0.80% for International Visa Card transactions where the merchant's institution is in the U.S. Visa will charge an ISA Fee of 1% for International Visa Card transactions where the merchant's institution is outside the U.S.

**Advisory Against Illegal Use.** You agree not to use your card(s) for illegal gambling or other illegal purpose. Display of a payment card logo by, for example, an online merchant does not necessarily mean that transactions are lawful in all jurisdictions in which the cardholder may be located.

**Non-Visa Debit Transaction Processing.** We have enabled non-Visa debit transaction processing. This means you may use your Visa-branded debit card on a PIN-Debit Network* (a non-Visa network) without using a PIN.

The provisions of your agreement with us relating only to Visa transactions are not applicable to non-Visa transactions. For example, the additional limits on liability (sometimes referred to as Visa's zero-liability program) and the streamlined error resolution procedures offered on Visa debit card transactions are not applicable to transactions processed on a PIN-Debit Network.

*Visa Rules generally define **PIN-Debit Network** as a non-Visa debit network that typically authenticates transactions by use of a personal identification number (PIN) but that is not generally known for having a card program.

**Visa Account Updater Notice of Right to Opt Out.** Your Visa-branded card will be automatically enrolled in the free Visa® Account Updater (VAU) service. With VAU, your account files will be updated when information changes because of a product upgrade, card expiration, loss or theft, account closure or other changes. A participating merchant can access that updated card information before requesting a payment. Since not all merchants participate, you should also contact the merchants directly if your card information changes. You are entitled to opt out of this service. You may opt out at any time.

If you want to opt out, phone us at 1-800-456-5067, notify us through our website at https://www.iccu.com/ or visit your local branch. You must include your name, account name, account number and last six digits of your card number. If you opt out, you may opt back in if you decide you want the Visa Account Updater service in the future. You may opt in the same way(s) that you can opt out.

**eBranch Computer Transfers - types of transfers -** You may access your account(s) by computer by using your Sign-On ID and Password, to:

- transfer funds from checking to checking or share savings
- transfer funds from share savings to checking or share savings
- make cross-customer transfers
- transfer funds from line of credit to checking or share savings
- make payments from checking or share savings to loan accounts with us
- make payments from checking to third parties
- get information about:
  - the account balance of checking or share savings accounts
  - unlimited deposits to checking or share savings accounts
  - unlimited withdrawals from checking or share savings accounts
  - year to date and prior year to date tax information

Please also see **Limitations on frequency of transfers** section regarding limitations that apply to computer transfers.

**Limitations on frequency of transfers.** In addition to those limitations on transfers elsewhere described, if any, the following limitations apply:

- For security reasons, there are other limits on the number of transfers you can make by ATM, telephone, debit card and computer.

**FEES**

- We do not charge for direct deposits to any type of account.
- We do not charge for preauthorized payments from any type of account.

Except as indicated elsewhere, we do not charge for these electronic fund transfers.

**ATM Operator/Network Fees.** When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used (and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer).

**DOCUMENTATION**

- **Terminal transfers.** You can get a receipt at the time you make a transfer to or from your account using an automated teller machine or point-of-sale terminal. However, you may not get a receipt if the amount of the transfer is $15 or less.

- **Preauthorized credits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, the person or company making the deposit will tell you every time they send us the money.

- **Periodic statements.**

  You will get a monthly account statement from us for your checking accounts, unless there are no transfers in a particular month. In any case, you will get a statement at least quarterly.

  You will get a monthly account statement from us for your share savings accounts, unless there are no transfers in a particular month. In any case, you will get a statement at least quarterly.

**PREAUTHORIZED PAYMENTS**

- **Right to stop payment and procedure for doing so.** If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here is how:

  Call or write us at the telephone number or address listed in this disclosure in time for us to receive your request 3 business days or more before the payment is scheduled to be made.

  We will charge you the current stop payment fee for each stop-payment order you give.

- **Notice of varying amounts.** If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

- **Liability for failure to stop payment of preauthorized transfer.** If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**FINANCIAL INSTITUTION'S LIABILITY**

**Liability for failure to make transfers.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

(1) If, through no fault of ours, you do not have enough money in your account to make the transfer.

(2) If you have an overdraft line of credit and the transfer would go over the credit limit.

(3) If the automated teller machine where you are making the transfer does not have enough cash.

(4) If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.

(5) If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

(6) There may be other exceptions stated in our agreement with you.

**CONFIDENTIALITY**

We will disclose information to third parties about your account or the transfers you make:

(1) where it is necessary for completing transfers; or

(2) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; or

(3) in order to comply with government agency or court orders; or

(4) if you give us written permission.

**UNAUTHORIZED TRANSFERS**

**(a) Consumer liability.**

- *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check or draft. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft amount). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

  If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

  Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

  If a good reason (such as a hospital stay) kept you from telling us, we will extend the time periods.

- *Additional Limit on Liability for Visa® Check Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Visa® Check Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed in this disclosure. You should also call the number or write to the address listed in this disclosure if you believe a transfer has been made using the information from your check or draft without your permission.

**ERROR RESOLUTION NOTICE**

In Case of Errors or Questions About Your Electronic Transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

IDAHO CENTRAL CREDIT UNION
ADMINISTRATIVE DEPARTMENT
P.O. BOX 2469
POCATELLO, IDAHO 83206
Business Days: Monday through Saturday
Excluding Federal Holidays
Phone: 800-456-5067

MORE DETAILED INFORMATION IS AVAILABLE  ON REQUEST

## YOUR ABILITY TO WITHDRAW FUNDS

This policy statement applies to all accounts.

Our policy is to make funds from your cash and check deposits available to you on the first business day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. Once the funds are available, you can withdraw them in cash and we will use the funds to pay checks that you have written.

Please remember that even after we have made funds available to you, and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays. If you make a deposit before closing on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after closing or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

If you make a deposit at an ATM before 3:00 P.M. on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit at an ATM after 3:00 P.M. or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

### LONGER DELAYS MAY APPLY

Case-by-case delays. In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposits, however, will be available on the first business day.

If we are not going to make all of the funds from your deposit available on the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

Safeguard exceptions. In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

We believe a check you deposit will not be paid.

You deposit checks totaling more than $5,000 on any one day.

You redeposit a check that has been returned unpaid.

There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit.

### SPECIAL RULES FOR NEW ACCOUNTS

If you are a new member, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.

Funds from all other check deposits will be available on the tenth business day after the day of your deposit.

### DEPOSITS AT AUTOMATED TELLER MACHINES

Funds from any deposits (cash or checks) made at automated teller machines (ATMs) we do not own or operate will not be available until the fifth business day after the day of your deposit. This rule does not apply at ATMs that we own or operate.

Funds from check deposits ____ at an Idaho Central ATM will not be available until the third business day after the day of the deposit. This rule applies to the first 30 days of when a new account is opened. $200 of the deposit will be available immediately.

All ATMs that we own or operate are identified as our machines.

## TRUTH-IN-SAVINGS DISCLOSURE
### SHARE SAVINGS ACCOUNT

Rate Information:
The dividend rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

Compounding and crediting - Dividends will be compounded every quarter. Dividends will be credited to your account every quarter.

Dividend period - For this account type, the dividend period is quarterly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is March 31. All other dividend periods follow this same pattern of dates. The dividend declaration date follows the ending date of a dividend period, and for the example above is April 1.

Effect of closing an account - If you close your share account before dividends are paid, you will not receive the accrued dividends.

Minimum balance requirements:
The minimum required to open this account is the purchase of a share in the credit union. Please see the bylaw requirements in the Common Features section for additional information.

You must maintain a minimum daily balance of $300.00 in your account each day to obtain the disclosed annual percentage yield.

Daily balance computation method - Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

Accrual of dividends on noncash deposits - Dividends will begin to accrue no later than the business day we receive provisional credit for the placement of noncash items (for example, checks) to your account.

Transaction limitations:
During any month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized or automatic transfer, telephonic order or instruction, or computer transaction. If you exceed the transfer limitations set forth above in any month, your account will be subject to closure by the credit union.

Par value of a share:
The par value of a share in this account is $25.00.

Fees and charges:
An excess withdrawal fee of $2.00 will be charged for each debit transaction (withdrawal, transfer, automatic transfer or payment out of this account) in excess of six during a calendar month.

### SECONDARY SAVINGS ACCOUNT

Rate Information - The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

Compounding and crediting - Interest will be compounded every quarter. Interest will be credited to your account every quarter.

Effect of closing an account - If you close your account before interest is paid, you will not receive the accrued interest.

Minimum balance requirements:
The minimum balance required to open this account is $25.00.

You must maintain a minimum daily balance of $300.00 in your account each day to obtain the disclosed annual percentage yield.

Daily balance computation method - Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

Accrual of interest on noncash deposits - Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

Transaction limitations:
During any calendar month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or similar order to a third party. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

Fees and charges:
An excess withdrawal fee of $2.00 will be charged for each withdrawal, transfer, automatic transfer or payment out of this account in excess of six during a calendar month.

### CENTRAL CENTS SAVINGS ACCOUNT

Rate Information - The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

Compounding and crediting - Interest will be compounded every quarter. Interest will be credited to your account every quarter.

Effect of closing an account - If you close your account before interest is paid, you will not receive the accrued interest.

Minimum balance requirements:
The minimum balance required to open this account is $.01.

Daily balance computation method - Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

Accrual of interest on noncash deposits - Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

Transaction limitations:
During any calendar month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or similar order to a third party. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.

**Fees and charges:**

An excess withdrawal fee of $2.00 will be charged for each withdrawal, transfer, automatic transfer or payment out of this account in excess of six during a calendar month.

For terms and conditions on this account, please refer to the Central Cents Enrollment Form.

## CHOICE SAVINGS ACCOUNT

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your deposit account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $25.00.

You must maintain a minimum daily balance of $25.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

You may not make any withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized or automatic transfer, telephonic order or instruction, or similar order to a third party.

**Fees and charges:**

An excess withdrawal fee of $25.00 will be charged for each withdrawal in excess of two during a calendar year.

## SHARE BEAR AND STARTER SAVINGS ACCOUNTS

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your deposit account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $25.00.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized or automatic transfer, telephonic order or instruction, or computer transaction. If you exceed the transfer limitations set forth above in any month, your account will be subject to closure by the credit union.

**Fees and charges:**

An excess withdrawal fee of $2.00 will be charged for each debit transaction (withdrawal, transfer, automatic transfer or payment out of this account) in excess of six during a calendar month.

**Age limitations:**

When the age of 18 is reached, your account will be converted to a Share Savings Account.

## MEDICAL SAVINGS ACCOUNT

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $100.00.

You must maintain a minimum daily balance of $100.00 in your account to avoid a service charge fee. If, during any month, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $5.00 once during the statement cycle.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any month, you may not write more than five checks.

**Fees and charges:**

An excess withdrawal fee of $1.00 will be charged for each check written in excess of five during a month.

## HEALTH SAVINGS ACCOUNT

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

No minimum balance requirements apply to this account.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any month, you may not write more than five checks. Debit card transactions are unlimited.

**Fees and charges:**

An excess withdrawal fee of $1.00 will be charged for each check written in excess of five during a month.

An annual fee of $30.00 will be assessed at account opening and yearly thereafter.

## MONEY MARKET SAVINGS ACCOUNT

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $2,500.00. You must maintain a minimum daily balance of $2,500.00 to avoid a service charge fee. If, during any month, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $15.00 once during the statement cycle.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a check, preauthorized or automatic transfer, telephonic order or instruction, or computer transaction. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

**Fees and charges:**

An excess withdrawal fee of $5.00 will be charged for each withdrawal in excess of six during a month.

## HIGH-YIELD ONLINE SAVINGS ACCOUNT

**Account Requirements:**

The primary account holder must be signed up for eStatements to qualify for this account. In the event the primary account holder is not signed up for eStatements, we reserve the right to close the account or convert it to a Secondary Savings account.

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $1,000.00.

You must maintain a minimum daily balance of $1,000.00 in your account to avoid a service charge fee. If, during any month, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $10.00 once during the statement cycle.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any calendar month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or similar order to a third party. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

**Fees and charges:**

An excess withdrawal fee of $10.00 will be charged for each withdrawal in excess of six during a month.

## PRIVATE CLIENT MONEY MARKET SAVINGS ACCOUNT

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**

The minimum balance required to open this account is $25,000.00.

You must maintain a minimum daily balance of $50,000.00 in your account to avoid a service charge fee. If, during any month, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $25.00 once during the statement cycle.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**

During any month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a check, preauthorized or automatic transfer, telephonic order or instruction, or computer transaction. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

**Fees and charges:**
An excess withdrawal fee of $5.00 will be charged for each withdrawal in excess of six during a month.

### INSURED DEPOSIT MONEY MARKET SAVINGS ACCOUNT
**Account Requirements -** Must have an active Idaho Central checking or savings account.
An allotment will be added to the insured deposit money market account when opened to have monthly interest automatically transferred into another account. Since interest will have a posting date of the first day of a month, the interest transfer will occur at end of day on the first.

**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your deposit account before interest is paid, you will not receive the accrued interest.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**
During any calendar month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or similar order to a third party. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

### IRA SAVINGS ACCOUNT
#### TRADITIONAL, ROTH, COVERDELL EDUCATION
**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every quarter. Interest will be credited to your account every quarter.

**Effect of closing an account -** If you close your deposit account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**
The minimum balance required to open this account is $25.00.

You must maintain a minimum daily balance of $300.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**
You may not make any withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized or automatic transfer, telephonic order or instruction, or similar order to a third party.

#### ROTH AND TRADITIONAL IRA MONEY MARKET SAVINGS ACCOUNT
**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your deposit account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**
The minimum balance required to open this account is $2,500.00. You must maintain a minimum daily balance of $2,500.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**
During any month, you may not make more than six withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized or automatic transfer, telephonic order or instruction, or computer transaction subject to IRA withdrawal guidelines. If you exceed the transfer limitations set forth above, your account will be subject to closure by the credit union.

**Fees and charges:**
An excess withdrawal fee of $5.00 will be charged for each withdrawal in excess of six during a month.

### FREE CHECKING ACCOUNT
**Minimum balance requirements:**
The minimum balance required to open this account is $100.00.

**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

### MONEY MARKET CHECKING ACCOUNT
**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**
The minimum balance required to open this account is $2,500.00.

You must maintain a minimum daily balance of $2,500.00 in your account to avoid a service charge fee. If, during any monthly statement cycle, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $10.00 for that monthly statement cycle.

You must maintain a minimum daily balance of $2,500.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

### STARTER CHECKING ACCOUNT
**(To qualify for this account, you must be between the ages of 12 and 17.)**

**Minimum balance requirements:**
The minimum balance required to open this account is $50.00.

**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

**Age limitations:**
When the age of 18 is reached, your account will be converted to a Free Checking Account.

### BASIC CHECKING ACCOUNT
**Minimum balance requirements:**
The minimum balance required to open this account is $100.00.

**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

**Fees and charges:**
A monthly fee of $15.00 will be charged each month.

### PRIVATE CLIENT CHECKING ACCOUNT
**Rate Information -** The interest rate and annual percentage yield may change at any time, as determined by the credit union board of directors.

**Compounding and crediting -** Interest will be compounded every month. Interest will be credited to your account every month.

**Effect of closing an account -** If you close your account before interest is paid, you will not receive the accrued interest.

**Minimum balance requirements:**
The minimum balance required to open this account is $2,500.00.

You must maintain a minimum daily balance of $10,000.00 in your account to avoid a service charge fee. If, during any monthly statement cycle, your account balance falls below the required minimum daily balance, your account will be subject to a service charge fee of $25.00 once during the statement cycle.

**Daily balance computation method -** Interest is calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of interest on noncash deposits -** Interest will begin to accrue no later than the business day we receive provisional credit for the deposit of noncash items (for example, checks) to your account.

**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

### COMMON FEATURES
**Bylaw requirements:**
You must complete payment of one share in your Share Savings account as a condition of admission to membership. If the balance in your Share Savings account falls below $25.00 and all sub accounts have a zero balance, you may be terminated from membership immediately.

**Transaction limitation -** We reserve the right to at any time require not less than seven days notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D.

**National Credit Union Share Insurance Fund -** Member accounts in this credit union are federally insured by the National Credit Union Share Insurance Fund.

**The following fees may be assessed against your account and the following transaction limitations, if any, apply to your account.**

| | |
|---|---|
| Membership entrance fee | $5.00 |
| Check printing | (fee depends on style and quantity of check ordered) |
| Cashier's check | $4.00 |
| Money order | $2.50 |
| Deposited checks (and others) returned unpaid | $5.00 |
| Item drawn on own account | $29.79 |
| Garnishments | $10.00 |
| Executions | $25.00 |
| Levies | $25.00 |

The categories of transactions for which an overdraft fee may be imposed are those by any of the following means: check, in-person withdrawal, ATM withdrawal, or other electronic means.

| | |
|---|---|
| Overdraft - each overdraft paid | $20.79 |
| Nonsufficient funds item - each | $29.79 |
| Overdraft protection transfer from savings | $2.50 |
| Account activity printout | $3.00 per statement period |
| Account research | $5.00 per quarter hour, with a $10.00 minimum |
| Account balancing assistance | $5.00 per quarter hour, with a $10.00 minimum |
| Stop payments - each | $30.00 |
| Wire transfer | |
| Incoming | $15.00 |
| Outgoing | $20.00 |
| Foreign | $40.00 |
| Copy of check | .25 free per year; $2.00 each thereafter |
| Copy of VISA transaction (credit or debit) | $3.00 |
| Visa Check Card reissue fee | $5.00 |

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 6/1/2016 1pa Custom TCM-13CUt,2bk,3p,4s 20143644B-010 EIDAIB4

Collection items ........................................................................................$30.00 per item
Foreign checks (non-Canadian) ..................................................................$15.00
Canadian dollar checks ..............................................................................$10.00
Check cashing fee ...............................................................1% or $5.00 minimum
Returned mail fee .........................................................................$5.00 per item
Annual locator fee.......................................................................................$10.00
Loan add on ......................................................................................minimum $25.00
Special account handling fee.......................................................................$100.00

**Reasons for dishonor.** We are under no obligation to honor withdrawal requests on your account if any loan you have with us is 20 days or more past due or you are in default. We are under no obligation to honor withdrawal requests from your account if we have reason to believe such withdrawals would subject us to financial risk.

We may charge $1.00 per check that is rejected by our check processing system if the check is not provided by Idaho Central Credit Union's endorsed vendor.

**Lost or stolen checks.** You agree to notify us immediately if your checks (or other access devices, such as ATM cards or debit cards) are lost or stolen. You can call (208) 478-3300 or 1-800-456-5067 or notify any employee in any branch office.

**Inactive account.** You agree to use your account on a regular basis. If you do not use your account during a 12-month period, we may close it and forward your remaining balance to you.

**Board of Director's policy.** The Board authorizes the President of the credit union to deny, restrict and/or terminate membership, accounts, and member services for any member demonstrating abusive, harassing, or damaging actions or behavior. The President may authorize other employees of the credit union to deny, restrict and/or terminate membership, accounts, and member services. Denial or restriction of services does not terminate a member's right to maintain a regular share account in good standing or to vote at any regular or special meeting of the members. Termination of membership results in the loss of all rights and expectations of membership in the credit union.

**Please see a separate disclosure for rate information.**



**Idaho Central** CREDIT UNION | **Your money.** **Your trusted choice.**

**Conveniently located throughout the state.**
**Visit iccu.com for locations nearest you!**

**Phone Numbers**
Treasure Valley:   (208) 846-7000
Magic Valley:      (208) 733-4777
Burley:            (208) 678-2046
Eastern Idaho:     (208) 478-3300
North Idaho:       (208) 667-7722

**This credit union is federally insured by the**
**National Credit Union Administration.** 

Rev. 11/19

© 2016 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 6/1/2016  9a Custom TCM-13CU1,2bk,3p,4s 201436448-010 EIDAIB4